IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ARTHUR FRANZ WAMMEL § § § | |
| VS. § § § | CIVIL ACTION NO. 4:22-CV-842 CRIMINAL NO. 4:17-CR-213(2) |
| UNITED STATES OF AMERICA § | |

ORDER OF DISMISSAL

This case was referred to United States Magistrate Judge Bill Davis, who, after reviewing Movant's unopposed motion to dismiss his motion for relief under 28 U.S.C. § 2255 (Dkt. #32), issued a Report and Recommendation concluding that the motion for relief under 28 U.S.C. § 2255 be dismissed without prejudice. (Dkt. #33). No objections were filed.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The Court concludes that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is therefore **ORDERED** that Movant's Unopposed Motion to Dismiss his Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is **GRANTED** and the case is **DISMISSED** without prejudice. All motions by either party not previously ruled on are hereby **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 12th day of August, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE